# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES | CASE NUMBER:1:12-cv-8556 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| WALDEMAR WRONSKI, THE SILVERSTONE LAKE CONDOMINIUM ASSOCIATION, MAGDALENA WRONSKI, | MAGISTRATE JUDGE: Geraldine Soat Brown |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Respectfully submitted,

 __/s/ Julia M. Bochnowski_____
One of Plaintiff's Attorneys

Julia M. Bochnowski
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313

{File: 00866105.DOC}